UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80023-Cr-Ryskamp/Hopkins

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

JUSTIN LAMAR HARPER,

            Defendant.    /

FILED by ___ D.C.
JUL 29 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court on July 29, 2009, for a final hearing on alleged violation of supervised release. The defendant is charged with violation of his supervised release:

1. Violation of Standard Condition, by failing to report to the probation officer as directed.

On May 11, 2009, during a telephone conversation, the defendant was instructed to report to the office on May 12, 2009, and he failed to do so.

2. Violation of Standard Condition, by failing to submit a truthful and complete written monthly report within the first five (5) days of each month.

The defendant has failed to submit written monthly reports for the months of April and May, 2009.

3. Violation of Standard Condition, by failing to answer truthfully all inquiries by the

probation officer.

On May 11, 2009, during a telephone conversation, the defendant stated he began working for The Answer Group, when in fact, according to L. Velesquez in Human Resources of The Answer Group, the offender never worked there.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court found that the Defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that JUSTIN LAMAR HARPER be found in violation of **his supervised release** and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Kenneth L. Ryskamp, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 29th day of July, 2009.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

c:  The Honorable Kenneth L. Ryskamp
    John McMillan, AUSA
    Robert Adler, AFPD
    Ann Roman, USPO